FILE COPY

11TH COURT OF APPEALS

EASTLAND, TEXAS

J U D G M E N T

In re Yedidiyah Hawkins,                          * Original Proceeding

No. 11-13-00237-CV                                * August 15, 2013

                                                 * (Panel consists of: Wright, C.J.,
                                                   McCall, J., and Willson, J.)

    This court has considered relator's petition for writ of mandamus and concludes that the petition should be denied. Therefore, the petition for writ of mandamus is denied.